COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-07-441-CV

 

DANIEL
BLUMBERG AND                                                    APPELLANTS

BLUMBERG & BAGLEY,
L.L.P.

 

                                                   V.

 

GENERAL
ELECTRIC CAPITAL CORPORATION                            APPELLEE

                                                                                                        

                                               ----------

             FROM
THE 67TH DISTRICT COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellants= AUnopposed
Motion To Dismiss Appeal.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants,
for which let execution issue.  See Tex. R. App. P. 43.4.

PER CURIAM

PANEL B:  WALKER, LIVINGSTON, and MCCOY, JJ.

 

DELIVERED:  February 21, 2008











[1]See Tex. R. App. P. 47.4.